*E-Filed: January 12, 2015*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>        Plaintiff,<br><br>   v.<br><br>PACIFIC COAST RECYCLING, INC., ET AL.<br><br>        Defendants.<br>_____ / | No. C14-04005 HRL<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT** |

The Court having been notified that this case has settled, all pending motions, hearings, and deadlines are terminated.

All parties shall appear on **March 17, 2015, at 10:00 am** in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113 and show cause, if any, why this case should not be dismissed. The parties shall file a Joint Statement in response to this Order to Show Cause no later than **March 12, 2015**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is needed to finalize the settlement and file a dismissal. If, however, a dismissal is filed before the hearing date, the Show Cause hearing will be automatically vacated and no statement will be required.

**IT IS SO ORDERED**.

Dated: January 12, 2015

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C14-04005 HRL Order will be electronically mailed to:**

Andrew L. Packard     Andrew@packardlawoffices.com, Michael@packardlawoffices.com

Donald Evan Sobelman     des@bcltlaw.com, dtd@bcltlaw.com

John Joseph Prager     jjprager@gmail.com

Megan Elizabeth Truxillo     megan@packardlawoffices.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**